AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Oscar Beecher McDowell, | |
| *Plaintiff,* | ) |
| v. | ) |
| SCDC Director B. Stirling; | ) |
| L. Cartledge, Warden of PCI (SCDC); | ) |
| and S. Claytor, Associate Warden of PCI (SCDC), | ) |
| *Defendants,* | |

Civil Action No.      0:14-cv-03899-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Oscar Beecher McDowell, shall take nothing of the defendants, B. Stirling, L. Cartledge, and

S. Claytor, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, United States District Judge, presiding.  The Court
dismissed the complaint without prejudice for failure to prosecute.

Date:   October 8, 2015                              *ROBIN L. BLUME, CLERK OF COURT*

                                                            s/G. Mills
                                        _____
                                        *Signature of Clerk or Deputy Clerk*